UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JULIANO CANELHA, JOAO LELIO FERREIRA,   :
HUGO CANTE, LUIZ SILVANIO DOS REIS
SEBASTIAO DEOLIVEIRA, and MAINE          :
ROCHA SOUZA, individually and on behalf
of all others similarly situated,                :        ORDER

       Plaintiffs,         :        19-CV-1587 (KNF)

  - against -                              :

A ROYAL FLUSH OF NEW YORK II, INC.,      :
d/b/a A ROYAL FLUSH, A ROYAL FLUSH, INC.,
and TIMOTHY BUTLER, and DEBRA RUSSO,  :
as individuals,
             :
       Defendants.
------------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

  A telephonic conference will be held with the parties on September 10, 2020, at 2:00 p.m. The parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

  Please be advised that a court reporter will attend the conference via telephone.

Dated:  New York, New York       SO ORDERED:
    September 4, 2020

                  _____
                  KEVIN NATHANIEL FOX
                  UNITED STATES MAGISTRATE JUDGE