

# Helen F. Dalton and Associates, P.C.
## Attorneys at Law

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415
T. 718.263.9591 ♦ F. 718.263.9598

September 24, 2020

**Via ECF**
The Honorable Kevin Nathaniel Fox
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: **Canelha, et al. v. A Royal Flush of New York II, Inc., et al.**
**19-CV-1587 (KNF)**

Dear Judge Fox:

    We represent the Plaintiffs in the above-referenced matter and we submit this letter jointly with the Defendants to provide the Court with a revised copy of the settlement agreement which incorporates the changes discussed during the September 10, 2020 Fairness Hearing. The revised settlement agreement is attached hereto as Exhibit 1.

    Separately, pursuant to the Court's direction at the Fairness Hearing, Plaintiffs' counsel provides the Court with their contemporaneous billing records and qualifications (Exhibit 2) and client retainer agreements (Exhibit 3).

    We thank Your Honor for his consideration on this matter and remain available to provide any additional information.

Respectfully submitted,

_/s/_____
Roman Avshalumov, Esq.