

# HELEN F. DALTON & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415
Tel. (718) 263-9591 Fax. (718) 263-9598

November 18, 2020

**Via ECF**
The Honorable Kevin Nathaniel Fox
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re: **Canelha, et al. v. A Royal Flush of New York II, Inc., et al.
          19-CV-1587 (KNF)**

Dear Judge Fox:

    We represent the Plaintiffs in the above-referenced matter and we submit this letter jointly with the Defendants to provide the Court with a fully executed copy of the revised settlement agreement pursuant to the Court's October 1, 2020 Order. This agreement incorporates the modifications discussed during the September 10, 2020 Fairness Hearing and has been executed by all parties. The fully executed revised settlement agreement is attached hereto as Exhibit 1.

    We thank Your Honor for his consideration on this matter and remain available to provide any additional information.

                                          Respectfully submitted,

                                          _/s/_____
                                          Roman Avshalumov, Esq.